IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3026 |
| | ) | |
| V. | ) | |
| | ) | |
| LOWELL BAISDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been advised that the defendant has secured his own transportation to attend his initial appearance.

Accordingly,

IT IS ORDERED that the Amended Order (Filing No. 11) regarding non-custodial transportation and subsistence for defendant Lowell Baisden to attend the Initial Appearance in this matter on April 20, 2010 at 2:30 P.M. is withdrawn.

DATED this 16th day of April, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge