IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3026 |
| | ) | |
| v. | ) | |
| | ) | FINDINGS, RECOMMENDATION |
| LOWELL BAISDEN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the United States motion to consolidate cases (filing no. 26). For the reasons set forth in the undersigned's Findings, Recommendation and Order issued in case no. 4:09cr3031 filed on September 10th, 2010, (filing no. 111),

IT IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Court Judge, that the government's motion to consolidate, (filing no. 27), be denied.

The parties are notified that a failure to object to this recommendation in accordance with the local rules of practice may be held to be a waiver of any right to appeal the district judge's adoption of this recommendation.

IT IS ORDERED:

1)  The status conference currently scheduled for September 15, 2010 at 9:00 a.m., is continued pending the court's ruling on the severance and consolidation issues in this case.

2)  To the extent an evidentiary hearing is necessary, the evidentiary hearing on pretrial motions, which was previously scheduled to commence immediately after the September 15, 2010 status conference, is continued pending the filing of all pretrial motions.

DATED this 10th day of September, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge