IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3026 |
| | ) | |
| v. | ) | |
| | ) | |
| LOWELL BAISDEN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

After de novo review,

IT IS ORDERED that Judge Zwart's findings and recommendations (filing 36) are adopted. The government's motion to consolidate (filing 26) and objection to findings and recommendation (filing 44) are denied.

DATED this 8th day of October, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge