IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3026 |
| | ) | |
| V. | ) | |
| | ) | |
| LOWELL BAISDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before me are findings and recommendations from Judge Zwart, objections to those findings and recommendations, and various motions. After de novo review,

IT IS ORDERED that:

1. The findings and recommendations (filing no. 57) are adopted, the objections (filing no. 62) are denied, and the motions (filing no. 37 (motion to dismiss or suppress) and filing no. 51 (motion to compel disclosure)) are overruled.

2. This case is referred to Magistrate Judge Zwart for further progression including trial setting. Judge Zwart is requested to make an explicit "speedy trial" exclusion when progressing this case and setting a trial date.

DATED this 19th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge